IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KERRY LEE THOMAS, *Plaintiff,* | § § § § | |
| V. | § § | Civil Action No. 4:23-cv-00662 |
| ROBERT JOHNSON, ERIC M. BRUSS, WAYNE SCHULTZ, And THE ESTATE OF ROBERT JOHNSON *Defendants.* | § § § § § | |

### DEFENDANTS ERIC M. BRUSS AND WAYNE SCHULTZ'S
### NOTICE OF APPEAL

Defendants Eric M. Bruss and Wayne Schultz, pursuant to the holding in *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985) appeal to the United States Court of Appeals for the Fifth Circuit from the December 2, 2025, Memorandum and Opinion [Dkt. No. 143] of United States District Judge Lee H. Rosenthal, United States District Court for the Southern District of Texas, Houston, Division, denying their Motion for Summary Judgment on the issue of qualified immunity.

Respectfully submitted,

**Thompson & Horton LLP**

By: /s/ *Celena Vinson*
Celena Vinson
State Bar No. 24037651
cvinson@thompsonhorton.com
Alexa Gould
State Bar No. 24109940
agould@thompsonhorton.com
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6742
Fax: (713) 583-8884

**ATTORNEYS FOR DEFENDANTS
ERIC M. BRUSS AND
WAYNE SCHULTZ**

## CERTIFICATE OF SERVICE

On December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Celena Vinson*
Celena Vinson

4897-9014-4133, v. 1